UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. A-19-CR-078 |
| | ) |
| CHINONSO AGBAJI, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Came on to be considered the motion filed by the United States Attorney pursuant to Rule 48(a), Federal Rules of Criminal Procedure, requesting that Count 3 of the Indictment filed in this cause on April 2, 2019, for this defendant, be dismissed. The Court, having duly considered the motion, finds that the motion is meritorious. It is hereby

**ORDERED** that the Government's motion be GRANTED.

**SIGNED** on the 30th day of January 2020.

_____
UNITED STATES DISTRICT JUDGE